

08-CR-05664-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRISCILLA BROWNE,

    Plaintiff,

v.

GC SERVICES. LP,

    Defendant.

Case No. C08-5664FDB

ORDER OF DISMISSAL

Plaintiff has filed a notice of dismissal of this case with prejudice, has served Defendant, and Defendant has stated it has no objections. ACCORDINGLY,

IT IS ORDERED: this cause of action is DISMISSED with prejudice pursuant to Plaintiff's Notice of Dismissal of Case with Prejudice [Dkt. # 8].

DATED this 19th day of March, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1