# United States District Court

WESTERN DISTRICT OF WASHINGTON

PRISCILLA BROWNE,

      PLAINTIFFS

        v.

GC SERVICES, LP.,

      DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5664FDB

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is DISMISSED with prejudice pursuant to Plaintiff's Notice of Dismissal of case with Prejudice [Dkt. # 8]

March 20, 2009

BRUCE RIFKIN
      Clerk

/s/ Pat LeFrois
      Deputy Clerk